**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fortitude Surgery Center LLC, | No. CV-24-02650-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Aetna Health Incorporated, et al., | |
| Defendants. | |

The parties have stipulated to filing under seal the attachments to the amended complaint. (Doc. 50.) The attachments include medical records containing personal medical information. Compelling reasons exist to file such records under seal.

**IT IS ORDERED** the Stipulation (Doc. 50) is **GRANTED**. All documents lodged at Doc. 51 shall be filed under seal. This order shall not be sealed.

Dated this 10th day of November, 2025.

Honorable Krissa M. Lanham
United States District Judge