**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Fortitude Surgery Center LLC,<br>Plaintiff,<br>v.<br>Aetna Health Incorporated, et al.,<br>Defendants. | No. CV-24-02650-PHX-KML<br>**ORDER** |

Defendants seek to file under seal documents containing "sensitive proprietary information." (Doc. 136 at 2.) Compelling reasons exist to allow such sealing.

**IT IS ORDERED** the Motion to Seal (Doc. 136) is **GRANTED**. The lodged document (Doc. 137) shall be filed under seal. This order shall not be sealed.

Dated this 17th day of August, 2026.

Honorable Krissa M. Lanham
United States District Judge